**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7376**

─────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

WAYNE J. DUNN, a/k/a Shakeel Upchurch, a/k/a
Remeo Sanchez, a/k/a Ray Rickie Owens, a/k/a
Garcia Ferguson,

                                        Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, District Judge.
(CR-97-66-F, CA-99-233-5-F)

─────────

Submitted:  December 16, 1999        Decided:  December 30, 1999

─────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Wayne J. Dunn, Appellant Pro Se.  Robert Edward Skiver, Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne J. Dunn seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Dunn, Nos. CR-97-66-F; CA-99-233-5-F (E.D.N.C. Sept. 9, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on September 8, 1999, the district court's records show that it was entered on the docket sheet on September 9, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2